IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

KISHORE KRIPALANI,

    Debtor

_____/

No. C-13-3624 MMC

Bankruptcy Case No. 13-30374

**ORDER DENYING WITHOUT PREJUDICE APPELLANT'S REQUEST FOR STAY PENDING APPEAL; VACATING OCTOBER 18, 2013 HEARING**

    By order filed October 7, 2013, the Court directed appellant Kishore Kripalani ("Kripalani") to show cause why his request for a stay pending appeal should not be denied for failure to comply with Rule 8005 of the Federal Rules of Bankruptcy Procedure, i.e., for failing to first seek a stay from the bankruptcy court.

    Before the Court is Kripalani's response, filed October 11, 2013, wherein he states he will seek a stay from the bankruptcy court, and requests this Court grant him a temporary stay in the interim.

    Kripalani cites no authority for such temporary interim relief. In any event, a review of the bankruptcy court's docket indicates that Kripalani, on October 14, 2013, filed with the bankruptcy court both a request for a stay and a request that the matter be heard on shortened time and prior to the upcoming Superior Court proceedings of concern to him.

//

Accordingly, for the reasons stated in the Court's order to show cause, the request for a stay filed in this Court is hereby DENIED without prejudice to the bankruptcy court's consideration of the matter presently pending in that forum.

In light of the above, the hearing scheduled for October 18, 2013 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 15, 2013

MAXINE M. CHESNEY
United States District Judge