United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                                        No. C-13-3624 MMC

12   In re                                Bankruptcy Case No. 13-30374

13   KISHORE KRIPALANI,                   **ORDER DENYING WITHOUT**
                                          **PREJUDICE APPELLANT'S REQUEST**
14            Debtor                      **FOR STAY PENDING APPEAL;**
                                          **VACATING OCTOBER 18, 2013**
15   _____/   **HEARING**

16

17        By order filed October 7, 2013, the Court directed appellant Kishore Kripalani

18   ("Kripalani") to show cause why his request for a stay pending appeal should not be denied

19   for failure to comply with Rule 8005 of the Federal Rules of Bankruptcy Procedure, i.e., for

20   failing to first seek a stay from the bankruptcy court.

21        Before the Court is Kripalani's response, filed October 11, 2013, wherein he states

22   he will seek a stay from the bankruptcy court, and requests this Court grant him a

23   temporary stay in the interim.

24        Kripalani cites no authority for such temporary interim relief.  In any event, a review

25   of the bankruptcy court's docket indicates that Kripalani, on October 14, 2013, filed with the

26   bankruptcy court both a request for a stay and a request that the matter be heard on

27   shortened time and prior to the upcoming Superior Court proceedings of concern to him.

28   //

1    Accordingly, for the reasons stated in the Court's order to show cause, the request

2  for a stay filed in this Court is hereby DENIED without prejudice to the bankruptcy court's

3  consideration of the matter presently pending in that forum.

4    In light of the above, the hearing scheduled for October 18, 2013 is hereby

5  VACATED.

6    **IT IS SO ORDERED.**

7

8  Dated:  October 15, 2013

9    MAXINE M. CHESNEY
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2