1 | Birnberg & ASSOCIATES
Cory A. Birnberg, Esq. (SBN 105468)
2 | 1083 Mission Street, Third Floor
San Francisco, California 94103
3 | Telephone Number: (415) 398-1040
4 | Facsimile Number: (415) 398-2001

5 | Attorneys for Debtor/appellant
**KISHORE KRIPALANI**

**IT IS SO ORDERED**
Judge Maxine M. Chesney

Dated: November 26, 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re**            ) Dist. Ct. Appeal No. 3:13-CV-03624-MMC
                     )
**KISHORE KRIPALANI** )
                     ) Bankruptcy Court Case No. 13-30374
**Debtors**          )
                     ) **REQUEST FOR DISMISSAL OF APPEAL**
                     )

Now Comes Appellant/ Debtor Kishore Kripalani ("Kripalani") and dismisses his appeal without prejudice pursuant to a stipulated settlement in the Marin Superior Court Unlawful Detainer Action, Superior Court Case no. 12-02977, that was in trial on November 19, 2013 . As a part of that settlement this appeal is withdrawn. Debtor withdraws his appeal and respectfully requests that the court take this appeal off calendar. The appeal is dismissed.

Dated: 22 November 2013                BIRNBERG & ASSOCIATES


                                        By: ___s/Cory Birnberg_____
                                        Cory A. Birnberg
                                        Attorney for Debtor/Appellant

REQUEST FOR DISMISSAL          1