Birnberg & ASSOCIATES
Cory A. Birnberg, Esq. (SBN 105468)
1083 Mission Street, Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Debtor/appellant
**KISHORE KRIPALANI**

**IT IS SO ORDERED**
/s/ Maxine M. Chesney
Judge Maxine M. Chesney

Dated: November 26, 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | Dist. Ct. Appeal No. 3:13-CV-03624-MMC |
| **KISHORE KRIPALANI** | Bankruptcy Court Case No. 13-30374 |
| **Debtors** | **REQUEST FOR DISMISSAL OF APPEAL** |

Now Comes Appellant/ Debtor Kishore Kripalani ("Kripalani") and dismisses his appeal without prejudice pursuant to a stipulated settlement in the Marin Superior Court Unlawful Detainer Action, Superior Court Case no. 12-02977, that was in trial on November 19, 2013 . As a part of that settlement this appeal is withdrawn. Debtor withdraws his appeal and respectfully requests that the court take this appeal off calendar. The appeal is dismissed.

Dated: 22 November 2013          BIRNBERG & ASSOCIATES

By: ___s/Cory Birnberg_____
Cory A. Birnberg
Attorney for Debtor/Appellant

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

REQUEST FOR DISMISSAL          1